No. 148. Brink et al., Trustees, *v.* Commissioner of Corporations and Taxation. October 10, 1938. Petition for writ of certiorari to the Supreme Judicial Court

of Massachusetts, County of Suffolk, denied. *Mr. Lawrence E. Green* for petitioners. *Messrs. Paul A. Dever* and *Edward O. Proctor* for respondent.